No. 10–5335. MARSHALL v. HUBER ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–5336. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5337. HAMILTON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–5338. HEFLEY v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 10–5339. MEHTA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5340. PEREIRA v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–5341. SLUDER v. UNITED STATES; and
No. 10–5342. SATURDAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5343. SALAZAR-MUNOZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5344. QUINTERO v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5346. NODARSE v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5347. DADE v. DEPARTMENT OF COMMERCE. C. A. Fed. Cir. Certiorari denied.

No. 10–5348. DA MATHA DE SANTANNA v. UHAUL COMPANY OF METRO DC. C. A. 4th Cir. Certiorari denied.

No. 10–5351. WEAVER v. BULLOCK, ATTORNEY GENERAL OF MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5352. HERNDON v. UNITED STATES. Ct. App. D. C. Certiorari denied.